IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JESUS ORLANDO MENDEZ-VELASQUEZ, et al.,

Defendants.                                                                No. 12-cr-30242-DRH-7

## ORDER

**Herndon, Chief Judge:**

Before the Court is defendant Juan Miguel Mendez-Velazquez' motion to transfer to a federal medical center for necessary treatment (Doc. 132). Defense counsel relates that defendant is suffering from sharp and consistent headaches, which counsel presumably attributes to defendant's previous brain surgery. Further, defense counsel states defendant was set to undergo a follow up examination prior to his arrest, but that he missed this appointment. On this basis, defendant and counsel request that defendant be temporarily transferred to a medical center so that proper testing can be conducted. The U.S. Marshal Service is charged with defendant's care. The Court is not aware of, and defendant has not directed it to, authority for defendant's requested relief. Thus, the Court **DENIES** defendant's motion to transfer to a federal medical center for necessary treatment (Doc. 132).

However, due to defendant's medical history and complaints, the Court **DIRECTS** the U.S. Marshal Service to have defendant examined locally, as soon as practicable, to determine the source of defendant's current medical issues.

Further, defendant and counsel have previously and instantly reported numerous difficulties in obtaining defendant's medical records relevant to his brain surgery from the University of Utah Medical Center. In light of these difficulties and most significantly their impediment to this Court's resolution of the instant proceedings, the University of Utah Medical Center is **ORDERED** to immediately provide defendant and/or his counsel with defendant's medical records relevant to his brain surgery which according to family members occurred in October, 2011.

**IT IS SO ORDERED.**

Signed this 4th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.04 16:21:35 -06'00'

**Chief Judge**
**United States District Court**