IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

JUAN MIGUEL MENDEZ-VELASQUEZ ,

Defendant.                                         No. 12-cr-30242-DRH-7

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Juan Miguel Mendez-Velasquez, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Juan Miguel Mendez-Velasquez (Doc. 172). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on April 11, 2013 (Doc. 169). During the change of plea, defendant Juan Miguel Mendez-Velasquez pled guilty to Count 1 of the Indictment, conspiracy to distribute and possess with the intent to distribute cocaine, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Juan Miguel Mendez-Velasquez's plea of guilty (Doc. 174).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has

filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Juan Miguel Mendez-Velasquez*, that defendant Juan Miguel Mendez-Velasquez was fully competent and capable of entering an informed plea, that defendant Juan Miguel Mendez Velasquez was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Juan Miguel Mendez-Velasquez **GUILTY** on the charge in the Indictment. The Court **REMINDS** the parties that this matter for sentencing on August 2, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.30
09:52:21 -05'00'

**Chief Judge
United States District Court**