IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

    vs.

JUAN MIGUEL MENDEZ-VELASQUEZ,

Defendant.                             Case No. 12-cr-30242-DRH-SCW

### JUDGMENT AND ORDER FOR FORFEITURE PURSUANT TO FED.R.CRIM.P 32.2 WITH RESPECT TO JUAN MIGUEL MENDEZ-VELASQUEZ

In the Indictment filed in the above cause on August 22, 2012, the United States sought forfeiture of property of defendant, Juan Miguel Mendez-Velasquez, pursuant to 21 U.S.C. § 853.  The Court, upon consideration of the guilty plea received in this matter, hereby finds by a preponderance of evidence that the following property is forfeitable and hereby orders forfeited the following property:

**United States funds of $114,800.00.**

A forfeiture judgment is entered in favor of the United States and against defendant Juan Miguel Mendez-Velasquez in the amount of $114,800.00.  This judgment may be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery is not obtained by the government.   The Court further finds, based upon the admissions

of the defendant contained within his guilty plea, that the elements necessary for the forfeiture of substitute property imposed by 21 U.S.C. § 853(p) have been met.

In that the forfeiture consists of a money judgment, it is not necessary for the United States to publish or provide notice or for the Court to conduct an ancillary hearing.

This judgment shall become final against the defendant as of the time of his sentencing.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2013.

David R. Herndon
2013.05.14
14:46:11 -05'00'

**Chief Judge**
**United State District Court**